UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER TOM,<br><br>            Plaintiff,<br><br>     v.<br><br>UNITED AIRLINES, INC., et al.,<br><br>            Defendants. | Case No.  15-cv-00466-VC<br><br>**ORDER SHORTENING TIME TO RESPOND**<br><br>Re: Dkt. No. 118 |

Any opposition to the plaintiff's administrative motion for a fourteen-day extension of time to file his opposition to the defendants' motion to dismiss or transfer venue must be received by noon on April 21, 2016.

**IT IS SO ORDERED.**

Dated: April 20, 2016

_____

VINCE CHHABRIA
United States District Judge