UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER TOM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED AIRLINES, INC., et al.,<br><br>　　　　Defendants. | Case No. 15-cv-00466-VC<br><br>**ORDER DENYING MOTION FOR EXTENSION, DIRECTING PLAINTIFF TO FILE RESPONSE**<br><br>Re: Dkt. No. 118 |

　　　　For all the reasons stated in the defendant's opposition brief, the plaintiff's motion for an extension is denied. The plaintiff is ordered to file a response, by Monday, April 25, 2016 at noon, to the defendants' request for sanctions.

　　　　**IT IS SO ORDERED.**

Dated: April 21, 2016

_____
VINCE CHHABRIA
United States District Judge