UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER TOM,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED AIRLINES, INC., et al.,<br><br>        Defendants. | Case No.  15-cv-00466-VC<br><br>**ORDER REFERRING MATTER TO STANDING COMMITTEE ON PROFESSIONAL CONDUCT** |

The Court finds that counsel for Lester Tom, Dow Wakefield Patten, engaged in unprofessional conduct in the course of this case, and refers the matter to the Court's Standing Committee on Professional Conduct pursuant to Civil Local Rule 11-6.  In particular, the Court refers the Committee to the contents of Dkt. No. 34, Dkt. No. 121, and Dkt. No. 142.

    **IT IS SO ORDERED.**

Dated: August 2, 2016

_____
VINCE CHHABRIA
United States District Judge